UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORENTAL MARTIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　Defendants. | Case No. 1:23-cv-00387 JLT EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION FOR FAILURE TO STATE A CLAIM, FAILURE TO PROSECUTE, AND FAILURE TO COMPLY WITH A COURT ORDER<br><br>(Doc. 13) |

　　　　The assigned Magistrate Judge issued findings and recommendations, recommending that Plaintiff's case be dismissed for failure to state a claim, failure to prosecute, and failure to comply with a court order. (Doc. 13.) Plaintiff has not filed objections.

　　　　According to 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis. Though the factual allegations, if proven true, are serious, the Court agrees with the magistrate judge that Plaintiff has failed to explain sufficiently what each Defendant did to violate Plaintiff's rights. The Court also agrees that Plaintiff has failed to prosecute this action. Thus, the Court **ORDERS**:

　　　　1.　　The findings and recommendations issued on August 13, 2023 (Doc. 13) are **ADOPTED IN FULL**.

1

2. This action is **DISMISSED** with prejudice for failure to state a claim, failure to prosecute, and failure to comply with a court order.

2. The Clerk of the Court is **DIRECTED** to close this case.

IT IS SO ORDERED.

Dated: __September 17, 2023__

UNITED STATES DISTRICT JUDGE

2